UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA PEREZ DOWLING,

                            Plaintiff,

            -against-                                    26cv4198 (LTS)

JUDGE LATOSHA LEWIS PAYNE,                               CIVIL JUDGMENT
FEDERAL BUREAU OF
INVESTIGATIONS,

                            Defendants.

        For the reasons stated in the June 16, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

  Dated:    June 22, 2026
            New York, New York


                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge